■ The People of the State of New York, Respondent, v Nakwan Nelson, Appellant. [929 NYS2d 746]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Lott and Sgroi, JJ., concur.